# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

SAM L. LEVINE,

               Plaintiff,

v.

EVERBANK, FSB; HSBC BANK,
N.A.; HSBC BANK USA, N.A.;
SHAPIRO, PENDERGAST, &
HASTY, LLP;

               Defendants.

CIVIL ACTION FILE

NO.  1:17-cv-826-SCJ

## J U D G M E N T

This action having come before the court, Honorable STEVE C. JONES, United

States District Judge, for consideration of the defendants' Motion to Dismiss, and the

court having GRANTED said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants

EverBank, FSB, HSBC Bank USA, N.A., and HSBC Bank, N.A.  recover their costs

of this action, and the action be, and the same hereby, is **DISMISSED**.

Dated at Atlanta, Georgia, this 20th day of November, 2017.

               JAMES N. HATTEN
               CLERK OF COURT
        By:  s/Jennifer Lee
               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  November 20, 2017
James N. Hatten
Clerk of Court
By: s/Jennifer Lee
    Deputy Clerk